## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT A. MARINO,<br><br>            Plaintiff,<br><br>v.<br><br>JC PENNEY COMPANY, INC., a/k/a<br>JC PENNEY LOGISTICS, INC., and<br>JCP LOGISTICS, LP, a/k/a JC PENNEY<br>LOGISTICS, INC., and<br>JC PENNEY CORPORATION, INC.<br><br>            Defendants. | :<br>:  CIVIL ACTION NO. 11-3460<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

TAKE NOTICE that Counsel for Plaintiff Vincent A. Marino and Defendants JC Penney Company, Inc., a/k/a JC Penney Logistics, Inc., and JCP Logistics, LP, a/k/a JC Penney Logistics, Inc., and JC Penney Corporation, Inc. hereby jointly notify the Court that the issues between all parties have been resolved, and request that the Court direct the Clerk to enter an order dismissing all claims against Defendants with prejudice in accordance with Local Rule 41.1.

Dated: 7/25/12

BY: _____
SUSAN ELLIS WILD, ESQUIRE
SAMUEL E. COHEN, ESQUIRE
33 South 7th Street P.O. Box 4060
Allentown, PA 18105-4060
Phone: 610-820-5450
Fax:  610-820-6006
Attorneys for Plaintiff

BY: _____
DEBORAH WEINSTEIN, ESQUIRE
JEROME K. KIPSICH, ESQUIRE
1800 John F. Kennedy Blvd., Suite 1720
Philadelphia, PA 19103
Phone: 215-636-0615
Fax: 215-494-5556
Attorneys for Defendants